

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00086-CV

**ONE (1) 1992 CHEVROLET PICKUP, VIN 1GCEC14Z4NE164549**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-13890
Honorable Laura Salinas, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is REVERSED, and this case is REMANDED to the trial court for further proceedings.

SIGNED January 8, 2014.

_____
Karen Angelini, Justice